UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GINANG FILIPINAS AMERICA LLC ET AL.,

                    Plaintiffs,

      v.

RUBEN ASUNCION ET AL.,

                    Defendants.

Case No. C25-2608-SKV

ORDER DISMISSING UNSERVED DEFENDANTS WITHOUT PREJUDICE

This action was removed on December 18, 2025.  *See* Dkt. 1.  On March 20, 2026, the Court directed Plaintiff to file proof of service on Defendants Dianne Manley and Christine Manning or show cause as to why this action should not be dismissed as to those Defendants. On April 1, 2026, Plaintiff filed a Declaration of Non-Service as to each Defendant detailing one unsuccessful service attempt as to each.  *See* Dkts. 13, 14.  Plaintiff did not show cause as to why this action should not be dismissed as to those Defendants.  The Court therefore DISMISSES this action without prejudice as to unserved Defendants Dianne Manley and Christine Manning so

///

///

ORDER DISMISSING UNSERVED
DEFENDANTS WITHOUT PREJUDICE - 1

this action can proceed.  *See* Fed. R. Civ. P. 4(m); 28 U.S.C. § 1448.

Dated this 10th day of June, 2026.

S. KATE VAUGHAN
United States Magistrate Judge

ORDER DISMISSING UNSERVED
DEFENDANTS WITHOUT PREJUDICE - 2